.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00020-IM |
| v. | INFORMATION |
| MICHAEL EDGAR BIVINS, | 18 U.S.C. §§ 245, 247 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Damage to Religious Property)**
**18 U.S.C. § 247(a)(1), (b), and (d)(3)**

On or about May 3, 2022, in the District of Oregon, defendant **MICHAEL EDGAR BIVINS** attempted to and did intentionally deface, damage, and destroy religious real property, because of the religious character of that property. Specifically, **BIVINS** used accelerant to ignite the Muslim Community Center of Portland, causing damage to the building's exterior. The offense was in and affecting interstate and foreign commerce, and it included the use of fire.

In violation of Title 18, United States Code, Section 247(a)(1), (b), and (d)(3).

\ \ \

\ \ \

## COUNT 2
### (Damage to Religious Property)
### 18 U.S.C. § 247(a)(1), (b), and (d)(5)

On or about April 30, 2022, in the District of Oregon, defendant **MICHAEL EDGAR BIVINS** intentionally defaced, damaged, and destroyed religious real property because of the religious character of the property. Specifically, **BIVINS** used an object to strike and ultimately break a window at Congregation Shir Tikvah, a synagogue in Portland, Oregon. The offense was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 247(a)(1), (b), and (d)(5).

## COUNT 3
### (Federally Protected Activity)
### 18 U.S.C. § 245(b)(2)(C)

On or between April 30, 2022, and May 1, 2022, in the District of Oregon, defendant **MICHAEL EDGAR BIVINS,** by force and threat of force, willfully intimidated and interfered with Adult Victim 1 (AV1), because of his race, color, or national origin and because AV1 was applying for and enjoying employment, and any perquisite thereof, by any private employer. Specifically, **BIVINS** broke a window at a business in Portland, Oregon owned by AV1, because it was a black-owned business.

In violation of Title 18, United States Code, Section 245(b)(2)(C).

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

## COUNT 4
### (Damage to Religious Property)
### 18 U.S.C. § 247(a)(1), (b), and (d)(5)

On or about May 1, 2022, in the District of Oregon, defendant **MICHAEL EDGAR BIVINS** intentionally defaced, damaged, and destroyed religious real property because of the religious character of the property. Specifically, **BIVINS** used spray paint to write "Die Juden" on the exterior of the sanctuary building at Congregation Beth Israel, a synagogue in Portland, Oregon, and he used a rock to break a window in another building on the synagogue's campus. The offense was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 247(a)(1), (b), and (d)(5).

Dated: January 12, 2023

Presented by:

| | |
|---|---|
| NATALIE K. WIGHT<br>United States Attorney<br>District of Oregon | KRISTEN M. CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| */s/ Gavin W. Bruce*<br>GAVIN W. BRUCE, OSB# 113384<br>Assistant United States Attorney | */s/ Cameron A. Bell*<br>CAMERON A. BELL<br>Trial Attorney<br>Civil Rights Division |