UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**UNITED STATES OF AMERICA**   Case No.: 3:23-cr-00020-IM
   Plaintiff,

v.

**MICHAEL EDGAR BIVINS**
   Defendant.

### Criminal Case Assignment Order

**1.   Presiding Judge:** The above referenced case has been filed in the Portland Division of the U.S. District Court for the District of Oregon and assigned to:

> Presiding Judge . . . . . . . . . . . . . . . . . . . . . . . . Hon. Karin J. Immergut
> Presiding Judge's Suffix Code* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IM
>
> *These letters must follow the case number on all future filings.

**2.   Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

> Jacob Yerke
> Telephone: 503-326-8053
> Email: jacob_yerke@ord.uscourts.gov

**3.   Case Administrator/Docket Clerk:** Questions about filings or docket entries in this case should be directed to:

> Telephone: 503-326-8050

**4.   Place of Filing:** Any paper filings must be submitted to the Clerk of Court, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204. (*See* LR 3-1, LR 5-5.)

**5.   District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, responsibility to redact personal identifiers from filings, and other related information can be found on the Court's website at ord.uscourts.gov.

**DATED:   January 12, 2023**              **MELISSA AUBIN**
                                            **Clerk of Court**

                                    by:   /s/ S. Behrends
                                          S. Behrends, Deputy Clerk