**Michael Charles Benson**
**Assistant Federal Public Defender**
**101 SW Main Street, Suite 1700**
**Portland, OR  97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Email: Michael_benson@fd.org**
**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:23-cr-00020-IM |
| Plaintiff, | |
| v. | **MOTION FOR HEARING ON REPRESENTATION** |
| **MICHAEL EDGAR BIVINS,** | |
| Defendant. | |

The defendant, Michael Edgar Bivins, through counsel, Michael Charles Benson, respectfully moves for a hearing on representation in order to determine if an irreconcilable breach of the attorney-client relationship requires the appointment of substitute counsel.  Counsel has been appointed by the court.  An Initial Appearance and Arraignment have been set for February 22, 2023 (ECF 7) before the Magistrate Judge.  As a result of communications with Mr. Bivins, counsel requests that this hearing be changed to a hearing on representation before the District Court Judge.

Page 1   MOTION FOR HEARING ON REPRESENTATION

Undersigned counsel has informed opposing counsel and the Federal Public Defender of the pendency of the request.

Respectfully submitted this 17th day of February, 2023.

/s/ *Fidel Cassino-DuCloux*
Fidel Cassino-DuCloux on behalf of
Michael Charles Benson
Attorney for Defendant