UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-cr-00020-IM |
| v. | **WRIT OF HABEAS CORPUS *AD PROSEQUENDUM*** |
| **MICHAEL EDGAR BIVINS,** | |
| **Defendant.** | |

TO:   Sheriff, Multnomah County Jail

Pursuant to Chapter 153, Title 28, United States Code, you are directed to deliver the body of above named defendant, **Michael Bivins, SWIS ID #832414,** a prisoner in your custody currently being housed at Multnomah County Iverness Jail, 11540 NE Inverness Dr., Portland, OR 97220, to the United States Marshal for the District of Oregon, or his duly authorized Deputy, who is hereby directed to produce said prisoner before this court on **Thursday, March 2, 2023, at 2:30 p.m.,** for the purpose of oral argument.

/ / /

/ / /

It is further ordered that the United States Marshal, or his duly authorized Deputy shall re-deliver said prisoner to your facility at the conclusion of said proceedings and is authorized to incur the necessary expenses connected therewith, as provided by law.

Dated: February 23, 2023

_____
JEFFREY ARMISTEAD
United States Magistrate Judge

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ Gavin W. Bruce*_____
GAVIN W. BRUCE, OSB #113384
Assistant United States Attorney