> But He said to them, "It is I, do not be afraid."
> ~ John 6:20

FYI: I thought the pondscum at the Federal Govt. would want to know that God has revealed to me that my state lawyer, C. Howard, is a graverobbing, babykilling ghoul, and that the reason he threatened to kill me is so that he could consume my organs. I will also need my Bible with me Thursday, so have the Gestapo U.S. Marshals ready for that.

Also: A historical parallel for my case is the Reichstag fire. If these things happened it is because these people attacked themselves to gain sympathy.

—Michael Bivins