Filed 3/3/2023

Judge Armistad, I have advised my fake lawyer, Michael Benson, that in order to accomodate my religious needs, and to make sure God has a chance to speak to me and guide my thoughts and actions, all scheduling must include me. The Federal Government (which I no longer recognize as legitimate and is occupying Nativeland) has violated my religious freedoms as guaranteed by the U.S. Constitution to go along with violating my dueprocess and effective counsel rights. The prosecution is aware of my needs so there is no excuse for this flagrantly disrespectful behavior. And you, Judge Armistad,

are at risk of being a party in what could potentially be a far sweeping lawsuit for the threefold violating of my constitutional rights if the Evil Federal Government does not cease this illegal behavior immediately.

I would appreciate a response, as the other federal pigs apparently are too busy eating slop in the form of taxpayer dollars to respond.

Sincerely,

Michael Bivins, Free American