C. Renée Manes
**Assistant Federal Public Defender**
101 SW Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
Renee_Manes@fd.org

**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:23-cr-00020-IM |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| **MICHAEL EDGAR BIVINS,** | |
| Defendant. | |

Please be advised that Assistant Federal Public Defender C. Renée Manes appears as co-counsel, with AFPD Michael Charles Benson, in the above-captioned case.

Respectfully submitted this 23rd day of May, 2023.

 /s/ C. Renée Manes
C. Renée Manes
Attorney for Defendant

Page 1   NOTICE OF APPEARANCE OF COUNSEL